UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN PAUL BLAKESLEY,

          Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

          Defendant.

Case No. C14-137-JLR

**ORDER REVERSING AND REMANDING FOR AWARD OF BENEFITS**

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Commissioner's decision is **REVERSED** and this case is **REMANDED** for an award of benefits for the closed period from April 9, 2010, to February 1, 2012.

DATED this 26th day of Sept., 2014.

                                           JAMES L. ROBART
                                           United States District Judge